UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TORRANCE VERNARD BOYD, SR. <br> B.O.P. # 11229-017 | * <br> * <br> * | CIVIL ACTION NO. 2:15-cv-1964 <br> SECTION P |
| v. | * <br> * <br> * | JUDGE MINALDI |
| BECKY CLAY | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 4) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the application for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 is **DENIED and DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 15 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE